# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 598 MAL 2015

      Respondent       :

                   :   Petition for Allowance of Appeal from
                   :   the Order of the Superior Court

      v.               :

MICHELE RENAE HUNTER,       :

      Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.